**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Sheree Renee Edwards<br><br>Debtor(s) | Case No. 18-34289-KLP |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Carl M. Bates, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 08/22/2018.

2)  The plan was confirmed on 11/07/2018.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 02/05/2020, 12/11/2020.

5)  The case was completed on 12/21/2021.

6)  Number of months from filing or conversion to last payment: 40.

7)  Number of months case was pending: 44.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $21,874.09.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $24,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                                                    **$24,000.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,635.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                         **$1,635.60**

Attorney fees paid and disclosed by debtor:                $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ability Recovery Services | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| Alvaro Zeballos, MD | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for Dire | Unsecured | 484.00 | 484.49 | 484.49 | 35.58 | 0.00 |
| Angels At Play | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Ar Resources Inc | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| Bio-Reference Laboratories | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Bon Secours | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| C & F FINANCE COMPANY | Unsecured | NA | 0.00 | 3,354.28 | 246.34 | 0.00 |
| C & F FINANCE COMPANY | Secured | 14,474.00 | 13,804.28 | 10,450.00 | 10,450.00 | 995.28 |
| CashNet USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chippenham & Johnston-Willis Hospitals | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Clifton Hickman, MD | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/HSN | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Family Financial Corporation | Unsecured | 11,204.00 | NA | NA | 0.00 | 0.00 |
| FIRST PROGRESS | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Gastrointestinal Specialists | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| James River Emergency Group | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| John Randolph Medical Center | Unsecured | NA | 802.72 | 802.72 | 58.95 | 0.00 |
| John Randolph Medical Center | Unsecured | NA | 611.26 | 611.26 | 44.89 | 0.00 |
| Marcus Inna, MD | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Medstream Anesthesia | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Melaney Caldwell, MD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 468.00 | 467.58 | 467.58 | 34.34 | 0.00 |
| NPAS | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| Petersburg Hospital Company, LLC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Receivable Management | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| RICHMOND EMERGENCY PHYSICIAN | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 6,758.00 | NA | NA | 0.00 | 0.00 |
| Shellpoint Mortgage Servicing | Unsecured | NA | 0.00 | 15,761.01 | 1,157.23 | 0.00 |
| Shellpoint Mortgage Servicing | Secured | 19,305.00 | 23,050.01 | 7,289.00 | 7,289.00 | 893.35 |
| Shou Phillip Y MD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Southside Physician Network | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| Southside Regional Medical Center | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US Department of Education | Unsecured | 14,713.00 | 15,787.61 | 15,787.61 | 1,159.44 | 0.00 |
| Virginia Ear, Nose & Throat | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| Virginia Emergency Group | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Virginia Family Dentistry | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Virginia Physicians for Women | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| Waypoint Resource Grou | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,450.00 | $10,450.00 | $995.28 |
| All Other Secured | $7,289.00 | $7,289.00 | $893.35 |
| **TOTAL SECURED:** | **$17,739.00** | **$17,739.00** | **$1,888.63** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$37,268.95** | **$2,736.77** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,635.60 |
| Disbursements to Creditors | $22,364.40 |
| | |
| **TOTAL DISBURSEMENTS :** | **$24,000.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/20/2022                         By: /s/ Carl M. Bates

                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**